AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## Northern District of California

FILED
08 DEC 18 PM 5:00

| UNITED STATES OF AMERICA<br>V.<br>Eric Litvin | COMMITMENT TO ANOTHER DISTRICT<br>(DEFENDANT OUT OF CUSTODY) |
|---|---|

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| Northern District of California | Central District of California | 3-08-70850 EMC | CR08-00323 |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

x Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of   18   U.S.C. § 371 and 2320

**DISTRICT OF OFFENSE**
Central District of California, Southern Division

**DESCRIPTION OF CHARGES:**

Conspiracy and trafficking in counterfeit goods.

**CURRENT BOND STATUS:**

x Bail fixed at   $250,000 secured   and defendant is released on bond
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)
Bond, if any, shall be transferred to the District of Offense

**Representation:**   ☐ Retained Own Counsel   X Federal Defender Organization   ☐ CJA Attorney   ☐ None

**Interpreter Required?**   XNo   ☐ Yes   Language:

Defendant is ordered to appear before Judge Block on 12/29/08 at 10:00 a.m. in Santa Ana, Central District of California.

_12/18/08_
Date

_____
United States Judge or Magistrate Judge

## RETURN

This commitment was received and executed as follows:

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |